[No. 33181-4-III.   Division Three.   June 2, 2016.]

ALEKSANDR S. RUMYANTSEV, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-2-02969-6, Harold D. Clarke III, J., entered February 9, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 72666-8-I.   Division One.   June 6, 2016.]

IGNACIO MARIN, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-25462-3, Jean A. Rietschel, J., entered October 31, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, C.J., and Dwyer, J. Now published at 194 Wn. App. 795.

[No. 72685-4-I.   Division One.   June 6, 2016.]

*In the Matter of the Personal Restraint of* BRANDON JOSEPH EARL, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Verellen, C.J., concurred in by Appelwick and Spearman, JJ.

[No. 72961-6-I.   Division One.   June 6, 2016.]

RICHARD AZPITARTE, *Appellant*, v. KING COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-35033-5, Ken Schubert, J., entered December 5, 2014. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Verellen, C.J., and Dwyer, J.